LSG/2012R00477

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 12-793-1 (DMC) |
| ABDULLAH BRYANT | : | <u>ORDER FOR CONTINUANCE</u> |

    This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lorraine S. Gerson, Assistant U.S. Attorney, appearing), and defendant Abdullah Bryant (by Dennis Cleary, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his Indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) As the result of a potential conflict, Dennis Cleary was appointed as new counsel for the defendant on December 19, 2012.

    (2) Additional time is necessary in order to provide new counsel sufficient time to meet with defendant who is

currently detained and gain an understanding of the case before reviewing discovery.

(3) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation for this matter.

(4) Plea negotiations are currently being considered, and both the United States and the defendant desire additional time to explore plea negotiations, which would render trial of this matter unnecessary.

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of JANUARY, 2013,

ORDERED that this action be, and it hereby is, continued until February 11, 2013; and

IT IS FURTHER ORDERED:

| Motions due: | 4 MARCH 2013 |
|---|---|
| Opposition due: | 25 MARCH 2013 |
| Motions hearing date: | 8 APRIL 2013 |
| Trial date: | 23 APRIL 2013 |

ORDERED that the period from December 19, 2012 through February 11, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DENNIS M. CAVANUAGH
United States Magistrate Judge

Form and entry
consented to:

_____
Lorraine S. Gerson
Assistant U.S. Attorney

_____
Dennis Cleary, Esq.
Counsel for defendant, Abdullah Bryant