PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Abdullah Bryant                                  Cr.: 12-00793-001
                                                                   PACTS #: 41267

Name of Sentencing Judicial Officer:   THE HONORABLE DENNIS M. CAVANAUGH
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/13/2013

Original Offense: 18:1344A.F; Bank Fraud

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment - $100, Restitution - $67,195.11, New Debt Restrictions, Self-Employment/Business Disclosure

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/13/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender's term of supervised release is scheduled to expire on June 14, 2017, with an outstanding restitution balance of $66,938.11. The offender is unable to fully satisfy the balance prior to the scheduled date of expiration. He has paid his special assessment of $100 in full. |

Prob 12A – page 2
Abdullah Bryant

U.S. Probation Officer Action:
We are requesting that the offender's supervised release term be allowed to expire on June 14, 2017. The Financial Litigation Unit of the United States Attorney's Office will pursue collection of the remaining balance.

Respectfully submitted,

*Maria Goodwater /LG*

By: Maria Goodwater
U.S. Probation Officer
Date: 02/06/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervised Release to terminate on June 14, 2017, with an outstanding restitution balance

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/8/17
_____
Date